IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BROOKE RYAN**, individually and on Behalf of all others similarly situated<br>    Plaintiffs,<br><br>v.<br><br>**TEMPLE UNIVERSITY**,<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:20-cv-02164-JMG |
| **CHRISTINA FUSCA**, individually and on Behalf of all others similarly situated<br>    Plaintiff,<br><br>v.<br><br>**TEMPLE UNIVERSITY**,<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 2:20-cv-03434-JMG |

**ORDER**

**AND NOW**, this 26th day of February, 2025, upon consideration of Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, and Incentive Awards to Class Representatives (*Ryan*, ECF No. 64), **IT IS HEREBY ORDERED** that for the reasons stated on the record at the February 26, 2025, Final Fairness Hearing, this Motion (ECF Nos. 64) is **GRANTED**.

**IT IS FURTHER ORDERED** that Class Counsel are awarded attorneys' fees in the amount of $2,300,000.00.

**IT IS FURTHER ORDERED** that Class Counsel are awarded reimbursement of expenses in the amount of $30,527.91.

**IT IS FURTHER ORDERED** that incentive awards in the amount of $5,000.00 are to be paid to each of Plaintiffs Brooke Ryan and Christina Fusca.

1

2

**IT IS FURTHER ORDERED** upon consideration of the Court's Order entering final judgment, dismissing the Actions, and retaining jurisdiction (*Ryan*, ECF No. 68; *Fusca*, ECF No. 21), that the Clerk of Court is **DIRECTED** to **CLOSE** these cases.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge
